U. S. DISTRICT COURT
Southern District of GA
Filed in Office

PROB 19
(Rev. 5/92)

UNITED STATES DISTRICT COURT

Deputy Clerk
for

Western District Of Missouri

RECEIVED
U. S. MARSHALS SE...

2013 APR -1  AM 11: 14

WESTERN DISTRICT
OF MISSOURI

U.S.A. vs.  Scott Dujuan Hazel

Docket No.   05-00432-01-CR-W-HFS

TO:   any United States Marshal, or his deputies, or any other authorized law enforcement officer

4:17 mJ 97

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named Supervised Releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her Supervised Release imposed by the court. |

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Scott Dujuan Hazel | Male | Black or African American | 25 |

| ADDRESS (STREET, CITY, STATE) | Barrow County, Georgia Jail |
|---|---|

| SENTENCE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| WESTERN DISTRICT OF MISSOURI - KANSAS CITY | 6/12/2006 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)

U.S. District Court
Western District of Missouri
Kansas City, Missouri

| COURT EXECUTIVE | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ann Thompson | | APR 0 1 2013 |

| RETURN |
|---|

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

RECEIVED
U.S. MARSHALS SE∴

2013 APR - 1  AM 11: 14

WESTERN DISTRICT
OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| SCOTT DUJUAN HAZEL, | ) | Case No. 05-00432-01-CR-W-HFS |
| | ) | |
| Defendant. | ) | |

## ORDER FOR ISSUANCE OF WARRANT FOR ARREST

On March 26, 2013, the Probation Office for the Western District of Missouri transmitted a "violation report" recommending that a warrant for arrest be issued. For good cause appearing and on the recommendation of the Probation Office, it is ORDERED that the Clerk of the Court shall forthwith issue a warrant for arrest directed to any United States Marshal, or any other authorized officer, directing that Scott Dujuan Hazel be taken into custody and that he be brought before the nearest available United States Magistrate Judge to determine whether there is probable cause to believe that Scott Dujuan Hazel has committed one or more acts constituting a violation of the Conditions of Supervised Release, thus requiring that he be held for a final revocation hearing before a Judge of this Court.

/s/ Howard F. Sachs

HOWARD F. SACHS
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this    1st    day of    April    , 2013.

ECF DOCUMENT

I hereby attest and certify on _____ that the foregoing document is a full, true and correct copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.

ANN THOMPSON, CLERK

Date Filed _____ By _____, Deputy Clerk

**UNITED STATES OF AMERICA v. SCOTT DUJUAN HAZEL**

**Docket No. 05-00432-01-CR-W-HFS**

**Gary L. Broyles, Jr.**
**Supervisory U.S. Probation Officer**

## LIST OF VIOLATIONS

**Violation of Mandatory Condition, which reads, "The defendant shall not commit another federal, state or local crime."**

On January 9, 2013, a liquor store in Winder, Georgia, was robbed at gunpoint. After the Winder Police Department placed a photo of the suspect in the newspaper, an investigator received an anonymous call naming Hazel as the suspect. A search warrant was issued once Hazel's phone records placed him in the area at the time of the robbery. On March 8, 2013, a search of Hazel's residence was conducted by the Winder Police Department. Clothing and shoes matching the suspect's were found in Hazel's room. A Stinger Air Pistol was also found in a box located in the top of Hazel's closet. A .38 caliber revolver was also found under his mother's night stand. Hazel was arrested the same date at his employment and charged with armed robbery. He presently remains in the Barrow County, Georgia, Jail with no bond.



# M E M O R A N D U M

Re: HAZEL, Scott Dujuan

Case No.  05-00432-01-CR-W-HFS

### Violation Report -- Warrant Recommended

March 26, 2013

TO THE HONORABLE HOWARD F. SACHS
    SENIOR U.S. DISTRICT JUDGE:

### Sentencing History

Offense:  <u>Count 1: Bank Robbery</u>

| | | | |
|---|---|---|---|
| Date Sentence Imposed: | <u>6/12/2006</u> | Sentence Imposed: | 70 months custody<br>3 years TSR<br>$4,524 restitution<br>$100 MSA |

Special Conditions:

     Mental Health Treatment
     Search and Seizure
     Satisfy Warrants/Pending Charges
     Pay Restitution During First 30 Months of Supervision

Date Supervision Began:  <u>4/19/2012*</u>    Expiration Date:    <u>4/18/2015</u>

*Hazel was released from federal custody on February 11, 2011; however, he was transferred to the Missouri Department of Corrections, where he remained in state custody until April 19, 2012. On April 19, 2012, he moved to Monroe, Georgia, and commenced his term of supervised release in the Middle District of Georgia.

### Alleged Violations

    **Violation of Mandatory Condition**, which reads, "The defendant shall not commit another federal, state or local crime."

On January 9, 2013, a liquor store in Winder, Georgia, was robbed at gunpoint. After the Winder Police Department placed a photo of the suspect in the newspaper, an investigator received an anonymous call naming Hazel as the suspect. A search warrant was issued once Hazel's phone records placed him in the area at the time of the robbery. On March 8, 2013, a search of Hazel's residence was conducted by the Winder Police Department. Clothing and shoes matching the suspect's were found in Hazel's room. A Stinger Air Pistol was also found in a box located in the top of Hazel's closet. A .38 caliber revolver was also found under his mother's night stand. Hazel was arrested the same date at his employment and charged with armed robbery. He presently remains in the Barrow County, Georgia, Jail with no bond.

**Previous Violations in Instant Supervision**

None.

**Supervision Adjustment**

Since his release from custody, Hazel has been supervised by the Middle District of Georgia. He was employed at Harrison Poultry from May 2012, until September 2012. Hazel then went to work for Dedicated Construction and was employed with this company at the time of his arrest. On May 25, 2012, Hazel underwent a mental health assessment at Advantage Behavioral Health Systems. The counselor determined that Hazel did not require any further treatment as he was not suffering from any mental health issues. Hazel has paid a total of $250 toward restitution. The last payment was made on September 4, 2012. In December 2012, Hazel informed his officer that he mailed two separate payments totaling $175; however, there is no record of that payment and Hazel could not provide a copy of the money order receipt.

As of this date, jurisdiction of this case remains in the Western District of Missouri; however, the U.S. Probation Office for the Middle District of Georgia may be requesting transfer of jurisdiction at a later date.

**Recommendation**

Mandatory revocation is required under 18 U.S.C. 3583(g)(2) if the defendant possesses a firearm as such term is defined in 18 U.S.C. 921, in violation of federal law. Consequently, it is respectfully recommended that a supervised release violator's warrant be issued for Hazel's arrest.

Assistant U.S. Attorney Paul S. Becker has been advised of this recommendation.

Should the Court concur, the appropriate Order is attached. Should the Court desire other action, please advise.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Gary L. Broyles, Jr.
Supervisory U.S. Probation Officer

GLB:jks
Attachment
cc: Mr. Paul S. Becker, Assistant U.S. Attorney

2